DANIEL RODRIGUEZ, ESQ., SBN 096625
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff SHANNON SMITH

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANON SMITH,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, KELLY WILLIAMS, JUSTIN LEWIS, and DOES 1 to 100, Inclusive,<br><br>            Defendants. | Case No. 1:09-CV-01640 OWW GSA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**ORDER THEREON**<br><br>**[Fed. R. Civ. Pro. 41(a)(1)(A)(ii)]** |

///
///
///
///
///

# STIPULATION

IT IS HEREBY STIPULATED by and between all of the parties to this action through their undersigned counsel that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own fees and costs.

DATED:  May 5, 2010                                RODRIGUEZ & ASSOCIATES

By:      /s/ Charles Chapman                    .
   Charles R. Chapman, Esq.
Attorneys for Plaintiff SHANON SMITH

DATED:  May 5, 2010                                MARDEROSIAN, RUNYON,
   CERCONE, LEHMAN & ARMO
By:      /s/ Michael E. Lehman                    .
   Michael E. Lehman, Esq.
Attorneys for Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, and KELLY WILLIAMS, JUSTIN LEWIS

# ORDER

IT IS SO ORDERED that that the above-captioned action is dismissed with prejudice, with all parties to bear their own fees and costs.

IT IS SO ORDERED.

   Dated:   **May 5, 2010**                          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE